

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
FERGUSON FAMILY TRUST, On Behalf of      :   Civil Action No.
Itself and All Others Similarly Situated,          :
                                                                         :
                                    Plaintiff,              :   **ORDER TO SHOW CAUSE SETTING**
                                                                         :   **FORTH BRIEFING SCHEDULE AND**
         vs.                                                        :   **HEARING DATE ON PLAINTIFF'S**
                                                                         :   **APPLICATIONS FOR EXPEDITED**
FALCON STRATEGIES TWO LLC,            :   **DISCOVERY AND A PRELIMINARY**
AMACAR GP, INC., CITIGROUP                :   **INJUNCTION**
ALTERNATIVE INVESTMENTS LLC,         :
CITIGROUP, INC. and REAZ ISLAM,         :
                                                                         :
                                    Defendants.         :   CLASS ACTION
------------------------------------------------------------ x

Upon the annexed Affidavit of Samuel H. Rudman, Esq., sworn to on May 20, 2008, and the exhibits annexed thereto; the accompanying Memorandum of Law; and all prior proceedings in this matter; and good cause appearing, it is hereby ORDERED this 21ST day of May 2008:

(a) That the above-named defendants shall show cause before this Court, at Room TBA, at the United States Courthouse, located at 500 Pearl Street, New York, New York, on TBA, 2008, at TBA a.m./p.m. or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Fed. R. Civ. P. 65(a) preliminarily enjoining defendants, and any person or entity affiliated with them, from proceeding with any aspect of the tender offer that defendant Falcon Strategies Two LLC commenced on or about May 8, 2008 (the "Tender Offer"), including the acceptance of any tendered shares and the payment for such shares or the issuance of shares to defendant Citigroup, Inc. ("Citigroup") and/or any of its affiliates, until such time as the defendants disclose all material information relating to the Tender Offer to Falcon's members/investors;

(b) That, in connection with plaintiff's motion for a preliminary injunction, defendants shall serve any answering papers by hand or by overnight delivery on or before

___TBA___, 2008; and that plaintiff shall serve any reply papers by hand or overnight delivery on or before May/June ___TBA___, 2008;

    (c)    That, in advance of the hearing date on plaintiff's motion for a preliminary injunction, the above-named defendants shall show cause before this Court, at Room __14D__, at the United States Courthouse, located at 500 Pearl Street, New York, New York, on __May 30__, 2008, at __1:00__ a.m./p.m. or as soon thereafter as counsel may be heard, why an Order should not be issued granting plaintiff's motion for expedited discovery and requiring the defendants: (i) to produce documents in response to the document demand annexed hereto as Exhibit __D__, within ten (10) days of the determination of such motion; and (ii) to produce three (3) witnesses of plaintiff's choosing for depositions, which shall take place at a mutually-convenient location, date and time, at least one (1) week prior to the date that plaintiff's reply must be served in connection with its motion for injunctive relief; that defendants shall serve any answering papers to this motion for expedited discovery by hand or by overnight delivery on or before __May 28__, 2008; and that plaintiff shall serve any reply papers in connection with said discovery motion by hand or overnight delivery on or before May/June __28__, 2008; and

**NO REPLY**

SAB 5/21/08

    (d)    That plaintiff shall serve a conformed copy of this Order, together with the papers upon which it is based, upon the defendants by hand or by overnight delivery service, on or before May __22__, 2008, and that such service shall be deemed good and sufficient service thereof.

DATED: New York, New York
ISSUED: __12:22 A__ M

*Any future dates shall be given by the judge assigned to this case, or by the Part I judge, after the expedited discovery hearing.*

ENTER

__Deborah A. Batts__
United States District Judge

NO PREVIOUS APPLICATION FOR THIS RELIEF HAS BEEN MADE.

- 2 -