UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERGUSON FAMILY TRUST, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FALCON STRATEGIES TWO LLC, AMACAR GP, INC., CITIGROUP ALTERNATIVE INVESTMENTS LLC, CITIGROUP, INC. and REAZ ISLAM,<br><br>Defendants. | Civil Action No. 08 CIV 4723 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Falcon Strategies Two LLC, Amacar GP, Inc., Citigroup Alternative Investments LLC, and Citigroup, Inc. (the "Citigroup Defendants").

Dated: May 23, 2008
       New York, New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Michael E. Gertzman

1285 Avenue of the Americas
New York, New York 10019-6064
Email: mgertzman@paulweiss.com
Tel:.   (212) 373-3000
Fax:   (212) 757-3980

Attorneys for the Citigroup Defendants