UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
FERGUSON FAMILY TRUST, On Behalf of :
Itself and All Others Similarly Situated,           :   Civil Action No. 08-cv-4723
:   (ECF CASE)
Plaintiff,           :
:
- against -                 :   **NOTICE OF APPEARANCE**
:
FALCON STRATEGIES TWO LLC,                      :
AMACAR GP, INC., CITIGROUP                      :
ALTERNATIVE INVESTMENTS LLC,                    :
CITIGROUP, INC. and REAZ ISLAM,                 :
:
Defendants.          :
:
------------------------------------------------------------------------x

    PLEASE TAKE NOTICE that Sean R. O'Brien of the law firm Arkin Kaplan Rice LLP hereby appears in this action as counsel for Defendant Reaz Islam and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated:   New York, New York
        May 28, 2008

                  ARKIN KAPLAN RICE LLP

                  /s/ Sean R. O'Brien
                  Sean R. O'Brien
                  Email: sobrien@arkin-law.com
                  590 Madison Avenue, 35th Fl.
                  New York, New York
                  tel: (212) 333-0200
                  fax: (212) 333-2350

                  *Attorneys for Defendant Reaz Islam*