UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                          :

FERGUSON FAMILY TRUST, On Behalf of     :
Itself and All Others Similarly Situated,          :    Civil Action No. 08-cv-4723
                                                                  :    (ECF CASE)
                          Plaintiff,               :

       - against -                              :    **NOTICE OF APPEARANCE**

FALCON STRATEGIES TWO LLC,              :
AMACAR GP, INC., CITIGROUP               :
ALTERNATIVE INVESTMENTS LLC,           :
CITIGROUP, INC. and REAZ ISLAM,           :

                        Defendants.            :
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that Stephen T. Heiser of the law firm Arkin Kaplan Rice LLP hereby appears in this action as counsel for Defendant Reaz Islam and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated:   New York, New York
           May 28, 2008

                                      ARKIN KAPLAN RICE LLP


                                      /s/ Stephen T. Heiser
                                      Stephen T. Heiser
                                      Email: sheiser@arkin-law.com
                                      590 Madison Avenue, 35th Fl.
                                      New York, New York
                                      tel: (212) 333-0200
                                      fax: (212) 333-2350

                                      *Attorneys for Defendant Reaz Islam*