**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

Samuel H. Rudman
SRudman@csgrr.com

RECEIVED
MAY 28 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

May 28, 2008

VIA FACSIMILE (212) 805-7924

The Honorable Sidney H. Stein, U.S.D.J.
United States District Court for the
Southern District of New York
United States District Courthouse
500 Pearl St., Room 1010
New York, NY 10007

**MEMO ENDORSED**

Re: *Ferguson Family Trust v. Falcon Strategies Two LLC, et al.*, No. 08 Civ. 4723

Dear Judge Stein:

This firm represents the plaintiff in this putative class action.

We write to respectfully request the Court's permission to file reply papers tomorrow in connection with plaintiff's application for expedited discovery, which is returnable before the Court on May 30, 2008. As reflected in the attached copy of the Order to Show Cause pursuant to which plaintiff brought the motion,[1] the Honorable Deborah A. Batts, U.S.D.J., who was then presiding over Part I applications, denied plaintiff's request for an opportunity to reply.

In light of the highly expedient nature of the application as well as its importance, we believe that a reply is necessary. Moreover, the defendants have consented to this request, and plaintiff has not made any previous application for the relief requested herein.

We appreciate the Court's courtesies and are available to discuss this request in further detail at the Court's convenience.

Respectfully submitted,

Samuel H. Rudman

SHR:dmg
Attachment
cc: Charles E. Davidow, Esq.
    Sean R. O'Brien, Esq.

SO ORDERED 5/28/08

SIDNEY H. STEIN
U.S.D.J.

---

[1] Plaintiff also brought a motion for injunctive relief by such Order to Show Cause, but the dates of such motion are to be determined.

58 South Service Road, Suite 200 · Melville, New York 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com

**JUDGE CASTEL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: May 21, 2008

---------------------------------------- x
FERGUSON FAMILY TRUST, On Behalf of      :  Civil Action No.
Itself and All Others Similarly Situated, :
                                         :   08 CIV 4723
                Plaintiff,               :  ORDER TO SHOW CAUSE SETTING
                                         :  FORTH BRIEFING SCHEDULE AND
        vs.                              :  HEARING DATE ON PLAINTIFF'S
                                         :  APPLICATIONS FOR EXPEDITED
FALCON STRATEGIES TWO LLC,               :  DISCOVERY AND A PRELIMINARY
AMACAR GP, INC., CITIGROUP               :  INJUNCTION
ALTERNATIVE INVESTMENTS LLC,             :
CITIGROUP, INC. and REAZ ISLAM,          :
                                         :
                Defendants.              :  CLASS ACTION
                                         :
---------------------------------------- x

  Upon the annexed Affidavit of Samuel H. Rudman, Esq., sworn to on May 20, 2008, and the exhibits annexed thereto; the accompanying Memorandum of Law; and all prior proceedings in this matter; and good cause appearing, it is hereby ORDERED this **21ST** day of May 2008:

  (a) That the above-named defendants shall show cause before this Court, at Room **TBA**, at the United States Courthouse, located at 500 Pearl Street, New York, New York, on **TBA**, 2008, at **TBA** a.m./p.m. or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Fed. R. Civ. P. 65(a) preliminarily enjoining defendants, and any person or entity affiliated with them, from proceeding with any aspect of the tender offer that defendant Falcon Strategies Two LLC commenced on or about May 8, 2008 (the "Tender Offer"), including the acceptance of any tendered shares and the payment for such shares or the issuance of shares to defendant Citigroup, Inc. ("Citigroup") and/or any of its affiliates, until such time as the defendants disclose all material information relating to the Tender Offer to Falcon's members/investors;

  (b) That, in connection with plaintiff's motion for a preliminary injunction, defendants shall serve any answering papers by hand or by overnight delivery on or before

_____TBA_____, 2008; and that plaintiff shall serve any reply papers by hand or overnight delivery on or before May/June TBA, 2008;

    (c)  That, in advance of the hearing date on plaintiff's motion for a preliminary injunction, the above-named defendants shall show cause before this Court, at Room 18D, at the United States Courthouse, located at 500 Pearl Street, New York, New York, on May 30, 2008, at 1:00 p.m./p.m. or as soon thereafter as counsel may be heard, why an Order should not be issued granting plaintiff's motion for expedited discovery and requiring the defendants: (i) to produce documents in response to the document demand annexed hereto as Exhibit D, within ten (10) days of the determination of such motion; and (ii) to produce three (3) witnesses of plaintiff's choosing for depositions, which shall take place at a mutually-convenient location, date and time, at least one (1) week prior to the date that plaintiff's reply must be served in connection with its motion for injunctive relief; that defendants shall serve any answering papers to this motion for expedited discovery by hand or by overnight delivery on or before May 28, 2008; and that plaintiff shall serve any reply papers in connection with said discovery motion by hand or overnight delivery on or before May/June 28, 2008; and

[NO REPLY] [SRB 5/21/08]

    (d)  That plaintiff shall serve a conformed copy of this Order, together with the papers upon which it is based, upon the defendants by hand or by overnight delivery service, on or before May 22, 2008, and that such service shall be deemed good and sufficient service thereof.

DATED: New York, New York
ISSUED: 12:22 A M

"Any future dates shall be given by the judge assigned to this case, or by the Part I judge, after the expedited discovery hearing."

ENTER

_____Deborah A. Batts_____
United States District Judge

NO PREVIOUS APPLICATION FOR THIS RELIEF HAS BEEN MADE.

- 2 -