```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FERGUSON FAMILY TRUST,                    :       08 Civ. 4723 (SHS)

              Plaintiff,                    :

  -against-                                      :       ORDER

FALCON STRATEGIES TWO LLC, *ET AL.*,       :

             Defendants.                   :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Oral argument having been held today on plaintiff's application by order to show cause for expedited discovery,

    IT IS HEREBY ORDERED that:

    1.    The Court denies plaintiff's application for expedited discovery;

    2.    Plaintiff's reply to its preliminary injunction motion is due on or before June 10, 2008; and

    3.    There will be further argument on the application for a preliminary injunction on June 17, 2008, at 3:00 p.m.

Dated: New York, New York
       May 30, 2008

                                 SO ORDERED:

                                 _____
                                 Sidney H. Stein, U.S.D.J.