UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERGUSON FAMILY TRUST, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FALCON STRATEGIES TWO LLC, AMACAR GP, INC., CITIGROUP ALTERNATIVE INVESTMENTS LLC, CITIGROUP INC. and REAZ ISLAM,<br><br>Defendants. | No. 08 CIV 4723(SHS)<br>ECF Case |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS FALCON STRATEGIES TWO LLC, CITIGROUP ALTERNATIVE INVESTMENTS LLC, AND CITIGROUP INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendants Falcon Strategies Two LLC, Citigroup Alternative Investments LLC, and Citigroup Inc. hereby state as follows:

1. Citigroup Inc. (NYSE: C) is a publicly traded corporation that has no parent corporation. No publicly held corporation owns 10% or more of its stock.

2. Defendant Falcon Strategies Two LLC is a limited liability company organized under the laws of the state of Delaware. No publicly held corporation holds 10% or more of Falcon Strategies Two LLC's stock.

      3.     Citigroup Alternative Investments LLC's parent companies are Citigroup Investments Inc. and Citigroup Inc. Citigroup Alternative Investments LLC is an indirect wholly-owned subsidiary of Citigroup Inc. No other publicly held corporation holds 10% or more of its stock.

Dated:   June 9, 2008
           New York, New York

                                        PAUL, WEISS, RIFKIND, WHARTON
                                        & GARRISON LLP

                                  By: /s/ Michael E. Gertzman
                                        Brad S. Karp
                                        Charles E. Davidow
                                        Michael E. Gertzman
                                        Jonathan H. Hurwitz
                                        Kristy M. Tillman

                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Email: mgertzman@paulweiss.com
                                        Tel.: (212) 373-3000
                                        Fax: (212) 757-3980

                                        Attorneys for the Defendants Falcon
                                        Strategies Two LLC, Citigroup Alternative
                                        Investments LLC, and Citigroup Inc.