UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERGUSON FAMILY TRUST, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FALCON STRATEGIES TWO LLC, AMACAR GP, INC., CITIGROUP ALTERNATIVE INVESTMENTS LLC, CITIGROUP INC. and REAZ ISLAM,<br><br>Defendants. | No. 08 CIV 4723(SHS)<br>ECF Case |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMACAR GP, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant Amacar GP, Inc. hereby state as follows:

Amacar GP, Inc. is wholly owned by Amacar Investments LLC. Amacar Investments is owned by Amacar Group and Douglas K. Johnson. No publicly held corporation owns 10% or more of Amacar Group's stock.

Dated:   June 9, 2008
         New York, New York

                    PAUL, WEISS, RIFKIND, WHARTON
                        & GARRISON LLP


                By: /s/ Michael E. Gertzman
                    Brad S. Karp
                    Charles E. Davidow
                    Michael E. Gertzman
                    Jonathan H. Hurwitz
                    Kristy M. Tillman

                    1285 Avenue of the Americas
                    New York, New York  10019-6064
                    Email: mgertzman@paulweiss.com
                    Tel.: (212) 373-3000
                    Fax: (212) 757-3980


                    Attorneys for Defendant Amacar GP, Inc.