UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FERGUSON FAMILY TRUST, On Behalf of           :   08 Civ. 4723 (SHS)
Itself and All Others Similarly Situated,     :
                                              :   ORDER
                Plaintiff,                    :
                                              :
        -against-                             :
                                              :
FALCON STRATEGIES TWO LLC,                    :
AMACAR GP, INC., CITIGROUP                    :
ALTERNATIVE INVESTMENTS, LLC                  :
CITIGROUP, INC. and REAZ ISLAM                :
                                              :
                Defendants.                   :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      For the reasons set forth on the record today, plaintiff's motion for an order pursuant to Fed. R. Civ. P. 65(a) preliminarily enjoining defendants from proceeding with the tender offer that defendant Falcon Strategies Two LLC commenced on or about May 8, 2008 is denied.

Dated: New York, New York
       June 17, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.

1