USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

FERGUSON FAMILY TRUST, On Behalf of :    Civil Action No. 1:08-cv-04723 (SHS)
Itself and All Others Similarly Situated, :

:   CLASS ACTION

Plaintiff, :

:   NOTICE OF VOLUNTARY DISMISSAL
vs. :   PURSUANT TO FED. R. CIV. P. 41(A)(1)

FALCON STRATEGIES TWO LLC, et al., :

Defendants. :

——————————————————————— x



TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, class member Ferguson Family Trust filed a class action complaint on behalf of

itself and all others similarly situated against Falcon Strategies Two LLC, Amacar GP, Inc.,

Citigroup Alternative Investments LLC, Citigroup, Inc. and Reaz Islam, on May 1, 2008, captioned

*Ferguson Family Trust v. Falcon, et al.*, Case No. 08-47123 ("Complaint");

WHEREAS, no defendant in this action has answered or filed for summary judgment; and

WHEREAS, a class has not been certified in this action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P.

41(a)(1), Ferguson Family Trust voluntarily dismisses the Complaint without prejudice.

DATED: June 27, 2008                         COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                             SAMUEL H. RUDMAN
                                             ROBERT M. ROTHMAN
                                             JOSEPH RUSSELLO


                                             _____
                                                     SAMUEL H. RUDMAN

                                             58 South Service Road, Suite 200
                                             Melville, NY 11747
                                             Telephone: 631/367-7100
                                             631/367-1173 (fax)

                                             COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                             DARREN J. ROBBINS
                                             DAVID C. WALTON
                                             DAVID T. WISSBROECKER
                                             655 West Broadway, Suite 1900
                                             San Diego, CA 92101-3301
                                             Telephone: 619/231-1058
                                             619/231-7423 (fax)

                                             Attorneys for Plaintiff

S:\WordTools\WordCaps\Falcon Strategies.doc


- 1 -